## CLERK'S CERTIFICATION

RE: IN RE:BD-2024-058 ANDREW MARK GREENBERG

I, Allison S. Cartwright, Clerk of the Supreme Judicial Court for the County of Suffolk and Keeper of the record, hereby certify that the attached document(s), comprised of 5  page(s), is a true and accurate certified copy of the ORDER OF DISABILITY INACTIVE STATUS case no. BD-2024-058.

Dated this  19th   day of  May, 2025.

ATTEST:

Allison S. Cartwright, Clerk